```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


BOARD OF TRUSTEES NEW ORLEANS
EMPLOYERS INTERNATIONAL
LONGSHOREMEN'S ASSOCIATION,
AFL-CIO PENSION FUND and P&O PORTS        CIVIL ACTION
LOUISIANA, INC.

v.                                        NO. 05-1221

GABRIEL, ROEDER, SMITH & COMPANY          SECTION "F"
and THEORA BRACCIALARGHE
```

ORDER AND REASONS

Before the Court is the third-party defendant's motion to dismiss intervenor's third-party complaint for lack of subject matter jurisdiction and for failure to state a claim, set for disposition on September 27, 2006. Local Rule 07.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing on the motion. No opposition to this motion has been timely submitted.

Accordingly, this motion is deemed unopposed; however, the Court cannot state that the third-party defendant's motion to dismiss intervenor's third-party complaint has merit. Therefore, it is ORDERED that the intervenor's third-party complaint is DISMISSED without prejudice for failure to prosecute.

Further, the Court questions the willingness of the

1

intervenor's attorney to follow the rules of practice of this Court, and recommends that the attorney read and become familiar with the local rules in force in this jurisdiction prior to accepting the serious responsibility of client representation and advocacy; failing that, she might wish to consider ending her professional responsibilities in this case.

New Orleans, Louisiana, September 27, 2006.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE